Phillip A. Silvestri, Esq.
Nevada Bar No. 11276
**SILVESTRI LLC**
5725 S. Valley View Blvd., Suite 5-902925
Las Vegas, NV 89118
Tel: (702) 908-3698
phillip@silvestri.com
*Attorneys for Defendant*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| ORIEL SHAKED,<br><br>            Plaintiff,<br>v.<br><br>WESTGATE LAS VEGAS RESORT, LLC<br>AND NAV-LVH, LLC,<br><br>            Defendants. | Case No.: **2:25-cv-02225-CDS-DJA**<br><br>**UNOPPOSED MOTION TO EXTEND DEADLINE TO RESPOND TO FIRST AMENDED COMPLAINT**<br><br>**(First Request)** |

Pursuant to Fed. R. Civ. P. ("FRCP") 6(b)(1)(A), LR 42-1(b)(3), and LR IA   6-1, Defendants WESTGATE LAS VEGAS RESORT, LLC and NAV-LVH, LLC ("Defendants") move to extend the deadline for Defendants to respond to Plaintiff's First Amended Complaint [ECF #111, as follows:

1.      According to the docket, Plaintiff's initial Complaint in this action was filed on November 12, 2025 [ECF #1-11. That Complaint (a) did not name NAV-LVH, LLC as a Defendant (b) was not served on either Defendant.

2.      Thereafter, Plaintiff filed a First Amended Complaint [ECF #111 on January 8, 2026 and Defendants were served on February 20, 2026. The current deadline to file a responsive pleading is March 13, 2026.

3.      Due to competing litigation deadlines in other matters, Defendants respectfully request that the Court extend Defendants' deadline for a period of two (2) weeks, through and until March 27, 2026 to file a responsive pleading to Plaintiff's First Amended Complaint.

4.      On March 12, 2026 Defendant met and conferred with Plaintiff via phone and

email communication regarding the relief requested herein. Plaintiff does not oppose the extension.

5.      This is Defendants' first request for an extension of this deadline, and it is not intended to cause delay or prejudice any party but rather to promote judicial and party economy.

Dated this 12th day of March, 2026.

By: */s/ Phillip A. Silvestri, Esq.*
Phillip A. Silvestri, Esq.
Nevada Bar No. 11276
**SILVESTRI LLC**
5725 S. Valley View Blvd., Suite 5-902925
Las Vegas, NV 89118
Tel: (702) 908-3698
phillip@silvestri.com
*Attorneys for Defendants*

IT IS THEREFORE ORDERED that the motion to extend time (ECF No. 16) is GRANTED.

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

DATED: March 13, 2026

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 12th day of March, 2026, I electronically transmitted the foregoing to the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all parties registered for electronic service.

*/s/ Phillip A. Silvestri*
An employee of Silvestri LLC